**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**NANCY CONICELLA,**

      **Plaintiff,**                          **Case No.: 1:25cv22575-WPD**

**v.**

**LENNAR HOMES, LLC, a Florida
Limited Liability Company**

      **Defendant.**

_____/

### JOINT STATUS REPORT

Plaintiff, **NANCY CONICELLA**, and Defendant, **LENNAR HOMES, LLC**

(collectively, the "Parties"), jointly submit this Status Report in accordance with the

Scheduling Order entered in this matter [ECF No. 8].

1. The Parties participated in a telephonic scheduling conference before the Arbitrator on

   July 1, 2026.

2. On July 2, 2026, the Arbitrator issued a Scheduling Order setting the final hearing to

   proceed in person on October 25, 26, and 27, 2027.

3. The Parties will continue to comply with the deadlines and requirements set forth in the

   Scheduling Order.

 Dated: July 7, 2026                    Respectfully submitted,

Michael R. Esposito_____     *Angeli Murthy*_____
Michael R. Esposito, Esq.              Angeli Murthy, Esq., B.C.S.
Florida Bar: 37457                    Florida Bar: 0088758
**BLANK ROME LLP**                 **MORGAN & MORGAN, P.A.**
100 S. Ashley Drive, Suite 600        8151 Peters Road, Suite 4000
Tampa, FL 33602                     Plantation, FL 33324

| | |
|---|---|
| Telephone: (813) 255-2324 | Telephone: (954) 318-0268 |
| Facsimile: (813) 433-5352 | Facsimile: (954) 327-3016 |
| *Counsel for Defendant* | *Counsel for Plaintiff* |
| *Lennar Homes, LLC* | *Nancy Conicella* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 7, 2026, the foregoing document was served via

the Court's CM/ECF system on all counsel of record.

*Angeli Murthy*_____
Angeli Murthy, Esq.